# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>            )<br>    v.       )<br>            )<br>ULRICK LUIS RODRIGUEZ, aka )<br>ULRICK LOUIS RODRIGUEZ, aka )<br>LOUIS MARTINEZ, aka )<br>MIGUEL HERNANDEZ-LOPEZ, )<br>            )<br>        Defendant. ) | 3:10-CR-131-LRH (VPC) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 25, 2011, defendant ULRICK LUIS RODRIGUEZ, aka ULRICK LOUIS RODRIGUEZ, aka LOUIS MARTINEZ, aka MIGUEL HERNANDEZ-LOPEZ, pled guilty to Count One of a One-Count Criminal Indictment charging him with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant ULRICK LUIS RODRIGUEZ, aka ULRICK LOUIS RODRIGUEZ, aka LOUIS MARTINEZ, aka MIGUEL HERNANDEZ-LOPEZ, pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c):

        a.        a Colt, .22 caliber semi-automatic pistol, serial number 106172 and magazine; and

        b.        any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ULRICK LUIS RODRIGUEZ, aka ULRICK LOUIS RODRIGUEZ, aka LOUIS MARTINEZ, aka MIGUEL HERNANDEZ-LOPEZ, in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 400 South Virginia Street, Reno, Nevada 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

    Greg Addington
    100 West Liberty Street, Suite 600
    Reno, NV 89501

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __2nd__ day of ____May____, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE